IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHOI SAM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | FILED ELECTRONICALLY |
| | : | ON AUGUST 11, 2026 |
| ADWA HOME CARE INC., | : | |
| Defendant. | : | ARBITRATION-ELIGIBLE |
| | : | |

## COMPLAINT

Choi Sam ("Plaintiff") brings this lawsuit against ADWA Home Care Inc. ("Defendant"),

seeking all available relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et*

*seq.*, and the Pennsylvania Minimum Wage Act ("PMWA"), 43 P.S. §§ 333.101, *et seq*.

## JURISDICTION AND VENUE

1.      Jurisdiction over the FLSA claim is proper per 28 U.S.C. § 1331.

2.      Jurisdiction over the PMWA claim is proper per 28 U.S.C. § 1367.

3.      Venue in this Court is proper per 28 U.S.C. § 1391.

## PARTIES

4.      Plaintiff lives in Haddonfield, NJ.

5.      Defendant is a corporate entity that, according to its website, is headquartered at

1300 Industrial Boulevard, Suite 202, Southampton, PA 18966 (Bucks County) and maintains a

"branch office" at 213 North 9th Street, Philadelphia, PA 19107 (Philadelphia County).  *See*

https://adwacare.com/contact-us (last viewed 8/11/26).

6.      Plaintiff is an employee covered by the FLSA and PMWA.

7.      Defendant is an employer covered by the FLSA and PMWA.

1

**FACTS**

8.      Defendant provides home health, personal care, companionship, and other services to homebound clients throughout the Philadelphia region.  *See generally* https://adwacare.com/services (last viewed 8/11/26).

9.      During all relevant times prior to around August 2026, Defendant employed Plaintiff as a salaried office employee.  As indicated by the attached job description, Plaintiff was essentially a payroll clerk.  Her job duties primarily consisted of clerical/bookkeeping tasks that required little independent judgment or discretion.  She had no meaningful supervisory/managerial responsibilities, and her work was not directly related to Defendant's general business operations.

10.     Plaintiff regularly worked over 40 hours per week.  In fact, it was not unusual for Plaintiff to work 60 or more hours during a single week.

11.     Defendant did not pay Plaintiff any overtime premium wages for hours worked over 40 per week.

**COUNT I – FLSA**

12.     The FLSA requires that employees receive overtime premium compensation "not less than one and one-half times" their regular pay rate for hours worked over 40 per week.  *See* 29 U.S.C. § 207(a)(1).

13.     In failing to pay Plaintiff overtime premium wages for hours worked over 40 per week, Defendant acted willfully and with reckless disregard of clearly applicable FLSA provisions and, as such, willfully violated the FLSA.

**COUNT II – PMWA**

14.     The PMWA requires that employees receive overtime premium compensation

2

"not less than one and one-half times" the employee's regular pay rate for hours worked over 40 per week.  *See* 43 P.S. § 333.104(c).

15.    In failing to pay Plaintiff overtime premium wages for hours worked over 40 per week, Defendant violated the PMWA.

## JURY DEMAND

Plaintiff demands a jury trial.

## PRAYER FOR RELIEF

Plaintiff seeks the following relief:  (i) unpaid overtime wages; (ii) prejudgment interest; (iii) liquidated damages (under FLSA only); (iv) reasonable litigation costs and attorneys' fees; and (v) any other relief the Court deems just and proper.

Date: August 11, 2026

Respectfully,

Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

3

# Job Description

**A. Payroll – Including Bi-Weekly and Monthly (for 1,200 Home Health Aides)**

1). Caregiver information in the Weekly Report of HR Department – Including rehiring and new employees. Update the profile of existing or add new employees in Paychex.

2). Update or add direct deposit information of the employees who provided bank information.

3). Update employee's address or W-4 to Paychex's employee profile.

4). Update the employment status according to the caregiver event report of the HR Department.

5). In HHA Exchange system, a new payroll is created every week and uploaded to Aidecare system. Generate payroll files (bi-weekly and monthly) accordingly and upload the files to Paychex. Make adjustments based on the Late Note report and process the payroll in Paychex accordingly.

6). Create a payroll report for each payroll in Aidecare and enter the information accordingly.

7). Enter the payment hours of the caregiver for those who have company health insurance under Aidecare's Insurance Tracking.

**B. Hourly Rate Adjustment –**

First check the employee's hourly wage history and adjust the wage rate according to the company's wage adjustment policy. In Aidecare, send wage change application form to the employees for signature, and then the rates are adjusted in 3 systems (Aidecare, HHA Exchange and Paychex).

**C. Paid Vacation –**

First check the employee's earnings record. If the employee is eligible for paid vacation, the total amount is calculated. In Aidecare, send paid vacation form to employee for signature, and then set the vacation income under Paychex's employee profile.

**D. Verification Code –**

1). By phone -Receive SMS of "Special Price Verification Code" requested by company coordinator, and reply to the person (who made the request) with the code.

2). Update each verification code at the report according to the HHA Exchange system information and enter the end date.

**E. Late Note –**

Check Prebilling, Billing Review and E-Timesheet for any payroll adjustments related to pink, hospitalization, MCO etc…. Then, adjust the wages of related employees accordingly.

**F. Overpayment Record -**

If there is any overpayment related to employee, such as hospitalization, ADC overlap…, create a new record under Aidecare's Over Payment. Update the status accordingly.

**G. Other Employee Benefits –**

401(K) Retirement plan - Verify employee eligibility and assist with enrollment procedures.

Company health insurance - Send notifications to all eligible employees every November regarding the annual open enrollment period; assist employees in completing enrollment forms and submitting them to the insurance carrier to activate coverage.

**H. Handling inquiries from Home Health Aides –**

Paychex account registration. Tax withholding and payroll calculation matters. Health insurance coverage and plan details. 401(k) plan contribution rates.

**I. Mandatory Weekly Additional Work Hours –**

Starting May 2023, 5 hours of work are required (scheduled for Thursdays from 6:00 PM to 11:00 PM) to monitor the Home Health Aide time-tracking system (specifically, clock-in/out records in the HHA Exchange system) and send reminder notifications via the Aidecare system.